IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00315-D-3

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
SABRINA WIGGINS BRANCH, )
DEFENDANT. )

This matter is before the Court on the Defendant's motion to seal Docket Entry 61. For good cause shown, the Defendant's motion is hereby GRANTED.

This **18** day of February, 2022

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE