IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00315-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SABRINA WIGGINS BRANCH, ) | |
| DEFENDANT. ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 63. For good cause shown, the Defendant's motion is hereby GRANTED.

This 18 day of February, 2022

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE